UNITED STATES DISTRICT COURT EASTERN DISTRICT OF WISCONSIN

AMBER B. SIPPEL, Plaintiff,

v.

ABRAHAM E. HOOGSTRA, et al., Defendants.

COMPLAINT

Case No. 2022FA000077 Fond du Lac County, Wisconsin

26-CV-1143

U.S. District Court
Wisconsin Eastern

JUN 2 0 2026

FILED
Clerk of Court

## I. PARTIES

- Plaintiff Amber B. Sippel is the biological mother of Evalyn Hoogstra and resides in Green Bay, Wisconsin.
- Defendant Abraham E. Hoogstra is the biological father of Evalyn Hoogstra and resides in Saint Cloud, Wisconsin.

## II. STATEMENT OF CLAIM 1 Violation of Due Process Rights

- Plaintiff's parental rights were substantially restricted beginning in March 2023.
- Plaintiff was placed on supervised visitation and has remained on supervised visitation despite a psychological evaluation that, to Plaintiff's knowledge did not conclude that she was an unfit parent.
- Plaintiff contends that evidence favorable to her position, including concerns regarding her daughter's safety, medical concerns, and well-being, was not adequately considered.
- Plaintiff alleges that she was deprived of meaningful parental rights without adequate due process protections.
- As a result, Plaintiff suffered loss of companionship with her daughter, emotional distress, financial hardship, and interference with the parent-child relationship.

## III. STATEMENT OF CLAIM 2 Interference with Parent-Child Relationship

- Plaintiff's last in-person visit with her daughter occurred on March 24, 2026.
- Plaintiff alleges that court-ordered parenting time has since been denied, obstructed, delayed, or interfered with.
- Plaintiff repeatedly attempted to maintain contact with her daughter and comply with visitation requirements.
- Plaintiff alleges that the prolonged separation has damaged the parent-child bond and caused emotional harm to both mother and child.

## IV. STATEMENT OF CLAIM 3 Failure to Adequately Address Abuse Allegations

- In April 2022 and October 2022, Plaintiff's daughter allegedly made disclosures that raised concerns regarding sexual abuse involving her father and paternal grandfather.
- The plaintiff reported these concerns and sought intervention from authorities.
- Plaintiff further alleges that forensic testing performed in March 2023 reportedly identified untraceable male DNA.
- Plaintiff contends that these concerns were not adequately investigated prior to custody and placement determinations.
- Plaintiff alleges that her daughter remained in an environment Plaintiff believed to be unsafe despite the concerns raised.

## V. STATEMENT OF CLAIM 4 False Statements and Misrepresentations

- Plaintiff alleges that false statements, misleading testimony, and material misrepresentations were presented during custody proceedings.
- Plaintiff believes these statements influenced custody, placement, and visitation determinations.

- Plaintiff requests review of testimony, reports, affidavits, transcripts, and records relating to these proceedings.

**VI. STATEMENT OF CLAIM 5 Child Safety and Mental Health Concerns**

- In December 2025, Plaintiff's daughter reportedly made statements expressing that she wished she had never been born, wanted to die, and wanted to be with her mother.
- Plaintiff alleges that these statements were recorded through online video content.
- Plaintiff further alleges that her daughter reported bullying, intimidation, and threats from a cousin, including threats of physical harm.
- Plaintiff contends these concerns demonstrated significant emotional distress and required intervention.
- Plaintiff believes these concerns were not adequately addressed.

**VII. DAMAGES**

- As a result of the actions alleged herein, Plaintiff claims:

a. Loss of companionship and relationship with her daughter;
b. Emotional distress and mental anguish;
c. Financial losses and litigation expenses;
d. Ongoing trauma and emotional suffering;
e. Damage to the parent-child relationship;
f. Other damages proven through evidence.

**VIII. REQUEST FOR RELIEF**

WHEREFORE, Plaintiff respectfully requests:

A. Review of all evidence, reports, recordings, forensic findings, evaluations, transcripts, police reports, and records associated with this matter;
B. Review of alleged violations of Plaintiff's constitutional rights and parental rights;
C. Review of allegations of custodial interference and denial of parenting time;
D. Investigation of alleged misconduct, false statements, and misrepresentations affecting custody proceedings;
E. Enforcement of parenting time and restoration of Plaintiff's parental relationship with her daughter to the fullest extent permitted by law;
F. An award of compensatory damages in an amount to be determined by the Court or jury;
G. Costs, fees, and any relief authorized by law;
H. Any other relief the Court deems just and proper.

**JURY DEMAND**

Plaintiff demands trial by jury on all issues so triable.

Dated: 06/26/2026

Respectfully submitted,

Amber B. Sippel Plaintiff

**Exhibits are attached**

Despite these allegations and the information presented, I believe no further criminal action was taken, and my daughter was ultimately placed back in her father's sole custody and placement. I contend that this decision returned her to an environment where I believe she remained at risk and failed to adequately address the concerns that had been raised.

## C. JURISDICTION

☒ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ _____.

## D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

Emotional Distress - Evalyn - $864,000 ~
Emotional Distress - Amber (mother) $172,800 ~
Sole Custody / placement to mother.
Time back to mother. Four years
with no interruptions. Sane Exam -
further testing - buccal swabs - to
match male DNA - Abraham & Eric Hoogstra
to be tested. Whatever is fit for
federal standards. Child Support
order closed arrears back to zero. $30,000 ~
Lost of bonding time. Legal Harassment
$268,800 ) ~     ($1,517,1092.⁰⁰ ~ ) total

Complaint – 4

E.    JURY DEMAND

        I want a jury to hear my case.

        ☒ – YES          ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __26th__ day of __June__ 20_26_.

                  Respectfully Submitted,

                  _Amber Sippel_
                  Signature of Plaintiff

                  _920-883-2040_
                  Plaintiff's Telephone Number

                  _ambersippel1990@gmail.com_
                  Plaintiff's Email Address

        _2187 Packerland Dr. Green Bay, WI 54304_
        (Mailing Address of Plaintiff)

        (If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☒    I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐    I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.